# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

|                                      |     |                                          |
|--------------------------------------|-----|------------------------------------------|
| IN RE:                               | *   | ON APPEAL FROM:                          |
|                                      | *   |                                          |
| MARVIN B. SMITH, III and             | *   |                                          |
| SHARON H. SMITH                      | *   | CASE NO. 07-20244-JSD                    |
|                                      | *   | (Chapter 7)                              |
| Debtors.                             | *   |                                          |
|                                      | *   |                                          |
| —————————————————————                | *   |                                          |
|                                      | *   |                                          |
| MARVIN B. SMITH, III and             | *   |                                          |
| SHARON H. SMITH,                     | *   |                                          |
|                                      | *   |                                          |
| Appellants,                          | *   | CV 211-058                               |
|                                      | *   |                                          |
| v.                                   | *   |                                          |
|                                      | *   |                                          |
| ATLANTIC SOUTHERN BANK and           | *   |                                          |
| SAPELO SOUTHERN BANK,                | *   |                                          |
|                                      | *   |                                          |
|                                      | *   |                                          |
| Appellees.                           | *   |                                          |

## ORDER

After an independent review of the record the Court concurs with the Bankruptcy Judge's report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the opinion of the Court. Dkt. No. 8. The Appellants' application to proceed *in forma pauperis* is **GRANTED**. Dkt. No. 3.

**SO ORDERED**, this 5th day of March, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA